# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

MICHAEL DAVID SCEBBI,

    Plaintiff,

v.                                           Case No.  3:20-cv-5930-TKW/HTC

OFFICE DEPOT INC,

    Defendant.

_____/

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this case is DISMISSED.

                                                    JESSICA J. LYUBLANOVITS,
                                                    CLERK OF COURT

<u>February 16, 2021</u>           <u>s/ Jeremy Wright</u>
DATE                             Deputy Clerk